

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

### MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:18-CR-054-O |
| Defendant: | Marcel Ferdinand Mallory, sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | n/a |
| US attorney: | Megan Fahey |
| Defense attorney: | Brook Antonio — Cody Cofer for |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | March 14, 2018 |
| Status: | deft entered plea of not guilty to the indictment<br>Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: