IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:18-CR-054-O |
| MARCEL FERDINAND MALLORY (01) | |

## GOVERNMENT'S WITNESS LIST

| Name/Address | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 1. Lacey Goodson<br>U.S. Probation Officer | _____/_____<br>Will testify as to all relevant facts regarding the defendant's violations of conditions of supervision alleged in the Petition for Offender Under Supervision filed October 7, 2022. |
| 2. Brian Finney<br>DEA Special Agent | _____/_____<br>Will testify as to all relevant facts regarding the U.S District Court Criminal Complaint No. 4:22-MJ-705 filed September 26, 2022. |

**Witness List – Page 1**

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES OF ATTORNEY

*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455
E-mail: SSmith7@usa.doj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon Samuel Ray Terry, counsel of record for the defendant and U.S. Probation Office, Fort Worth, Texas in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 20th day of October 2022.

*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney